**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RITA COLON,

                Plaintiff,

v.

STATE OF NEVADA,

                Defendant.

Case No.: 2:25-cv-00601-CDS-NJK

**Order Granting in Part Motion to Extend Deadline**

(Docket No. 11)

On January 26, 2026, this Court ordered plaintiff Rita Colon to file a second amended complaint by February 27, 2026, if she wished to attempt to replead one or more of her voting-rights claims. Docket No. 9. Before that deadline expired, Plaintiff moved to extend it, arguing more time is needed because jail officials confiscated her prescription glasses and pens nine months ago in response to a mental-health crisis, and although Plaintiff has pencils, she believes that her amended complaint must be drafted with a pen. Docket No. 11. Plaintiff also argues that the law library will not conduct some of her research requests. *Id.*

Plaintiff should not require research from the law library to prepare a second amended complaint in this action because the Court gave her the legal standards for her possible claims in its screening order, instructed that she needed to plead enough <u>facts</u> to show what each defendant did or did not do to violate her federal rights, and did not give her leave to amend to add new claims. However, Plaintiff has otherwise shown good cause to extend the deadline for her to file a second amended complaint by 45 days. And the Court clarifies that documents Plaintiff files with the Court need not be completed with a pen so long as they are legible. Plaintiff's instant pencil-drafted motion is legible.

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff's motion to extend time, Docket No. 11, is **GRANTED** in part: the deadline for Plaintiff to file a second amended complaint is **EXTENDED to April 13, 2026**. This motion is **DENIED in all other respects**.

1

The Clerk of Court is directed to resend Plaintiff a courtesy copy of the Court's January 26, 2026, screening order and its attachments (ECF Nos. 9, 9-1, 9-2).

IT IS SO ORDERED.

DATED: February 26, 2026

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2